**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: April 8 2015**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | Case No. 14-31652 |
| | ) | |
| Twyla L. Wheaton | ) | Chapter 13 |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

## HEARING ORDER

        This case comes before the court upon the court's own initiative under 11 U.S.C. §105(a), to determine whether the Amended Proof of Claim #10-2, filed on April 3, 2015 by Real Time Resolutions, Inc., should have been filed by the Creditor as a Transfer of Claim. This matter will be set for hearing.

        **IT IS ORDERED** that the Amended Proof of Claim #10-2 is set for hearing before the Honorable Mary Ann Whipple, on **May 5, 2015 at 11:30 a.m.**, Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.